UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:08-CR-036-PMP (RJJ) |
| SCOTT PAULI, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On January 6, 2009, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853, based upon the plea of guilty by defendant SCOTT PAULI to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant SCOTT PAULI pled guilty. Docket #1, #24, #25, #29.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on February 20, 2009, February 27, 2009, and March 6, 2009, in the Las Vegas Review-Journal/Sun, further notifying all known third parties, by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. #33, #42.

On November 30, 2010, the United States Marshals Service attempted to personally serve Carol Gates with the Amended Preliminary Order of Forfeiture and the Notice.  They were unable

1  to gain access to the property. On January 11, 2011, the United States Marshals Service attempted
2  to serve Carol Gates by regular mail and certified mail, return receipt requested, with the Amended
3  Preliminary Order of Forfeiture and the Notice, but the mail was returned as Moved, left no address.
4  #42, p. 2-19. Carol Gates filed an insurance claim with Hartford Insurance and was paid for the
5  stolen guns.

6  On May 21, 2009, the United States Marshals Service served Donald Joseph Grenier with
7  copies of the Amended Preliminary Order of Forfeiture, the Notice and the Petition, Stipulation for
8  Return of Property, and Order by regular mail and certified return receipt mail. #42, p. 20-29.

9  On May 21, 2009, the United States Marshals Service served Solomon Wald by regular mail
10 and certified return receipt mail with the Amended Preliminary Order of Forfeiture, the Notice, and
11 the Petition, Stipulation for Return of Property, and Order. #42, p. 30-39. On January 6, 2012, the
12 Petition, Stipulation for Return of Property, and Order was entered. #41.

13 On November 17, 2010, the United States Marshals Service served Juan Carlos Andrade,
14 President for Hartford Underwriters Insurance Company, with a copy of the Amended Preliminary
15 Order of Forfeiture and the Notice by regular and certified mail return receipt requested. #42, p. 40-
16 48.

17 On September 3, 2009, the United States Marshals Service served Allan L. Casey, Registered
18 Agent on Behalf of Hartford LLC, with a copy of the Amended Preliminary Order of Forfeiture and
19 the Notice by regular mail and certified mail return receipt requested. #42 p. 49-58.

20 On September 3, 2009, the United States Marshals Service served Jeffrey M. Lasman, Esq.,
21 Registered Agent on Behalf of Hartford LLC, with a copy of the Amended Preliminary Order of
22 Forfeiture and the Notice by regular mail and certified mail return receipt requested. #42, p. 59-68.

23 On November 17, 2010, the United States Marshals Service served Corporation Service
24 Company, Registered Agent for Hartford Underwriters Insurance Company, with a copy of the
25 Amended Preliminary Order of Forfeiture and the Notice by regular mail and certified mail return
26 receipt requested. #42, p. 69-77.

1    This Court finds no other petition was filed herein by or on behalf of any person or entity and
2 the time for filing such petitions and claims has expired.
3    This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.
5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section
9 2461(c); and Title 21, United States Code, Section 853; and Title 21, United States Code, Section
10 853(n)(7) and shall be disposed of according to law:
11    (a)   a Beretta, .22 caliber semi-automatic handgun, serial number DAA299636;
12    (b)   a S&W, .22 caliber revolver, serial number CHS1204;
13    (c)   a Colt, .38 caliber revolver, serial number 924645;
14    (d)   a S&W 9mm revolver, serial number BSA6542;
15    (e)   a Taurus, .38 caliber revolver, serial number SF37148;
16    (f)   a Kahr, .40 caliber semi-automatic handgun, serial number WA1349;
17    (g)   a Taurus revolver, serial number WH21901;
18    (h)   a Colt Python Revolver, serial number V03254; and
19    (i)   five (5) rounds of .40 caliber Smith & Wesson ammunition.
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

    DATED this _ 13th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, Clerk II, certify that the following individuals were served with copies of the Final Order of Forfeiture on January 12, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Donald J. Green
Law Offices of Donald J. Green
4760 South Pecos Road, Suite 103
Las Vegas NV 89121
crimelv7777@aol.com
*Counsel for Scott Pauli*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk